Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Susan Priddy, Craig Fischer, Jan Yard, Prairie Analytical Systems Inc, Metro Chicago Surgical Oncology LLC, Mark Schacht MD, Neil Friedman MD, Suraj Demla, Jeffrey Rose, Ad Libs Advertising Inc, and Michael Beiler, <br><br>**Plaintiffs,** <br><br>vs. <br><br>Health Care Service Corporation, <br><br>**Defendant.** | Case Number: 14-cv-03360 |

FILED
JUN 1 9 REC'D 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

Dated: 6/19/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court